

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CASTRO ENTERPRISES, INC., | § | No. 08-19-00079-CV |
| Appellant, | § | Appeal from |
| v. | § | 205th District Court |
| ROCIO MATA RELIFORD, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2017DCV3879) |
|  | § |  |

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

August 7, 2019

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.